

NUMBER 13-08-00568-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE FERNANDO GARCIA

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Justices Yañez, Garza, and Vela
### Per Curiam Memorandum Opinion[1]

Relator, Fernando Garcia, pro se, seeks a writ of mandamus ordering the trial court to provide him with the clerk's record and court reporter's records pertaining to his conviction for intoxication manslaughter. This Court previously affirmed the conviction. *See Garcia v. State*, No. 13-06-00488-CR, 2008 Tex. App. LEXIS 5990, at *8 (Tex. App.–Corpus Christi Aug. 7, 2008, no pet.) (mem. op. not designated for publication). In that appeal, relator was represented by appointed counsel.

The Court, having examined and fully considered the petition for writ of mandamus,

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

is of the opinion that relator has not shown himself entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b

Memorandum Opinion delivered and filed
this 10th day of October, 2008.

2